UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : NO. 3:21-CR-87-VAB |
| JESSICA MARTINEZ | : July 25, 2025 |

**MOTION FOR PERMISSION TO FILE UNDER SEAL AND REDACT**

 Ms. Jessica Martinez files this motion for permission to file under seal, her Reply to Government's Sentencing Memorandum and Exhibit G. Ms. Martinez states that the filing of the Reply and Exhibit G under seal is in the interest of justice, as they contain discussion of the grand jury testimony and grand jury witnesses in this case.

 Ms. Martinez also respectfully requests permission to redact portions of her Reply to Government's Sentencing Memorandum, as it contains discussion of the grand jury testimony. The request to file a redacted reply is made pursuant to Rule 57 of the Local Rules of Criminal Procedure.

                                          Respectfully submitted,

                                        THE DEFENDANT,
                                        Jessica Martinez

                                        OFFICE OF THE FEDERAL DEFENDER

Date: July 25, 2025                  /s/ Carly Levenson
                                        Carly Levenson
                                        Assistant Federal Defender
                                        265 Church Street, Suite 702
                                        New Haven, CT 06510
                                        Phone: (203) 498-4200
                                        Bar No.: phv09665
                                        Email: carly_levenson@fd.org

                                        /s/ Tracy Hayes
                                        Tracy Hayes
                                        Assistant Federal Defender
                                        265 Church Street, Suite 702
                                        New Haven, CT 06510
                                        Phone: (203) 498-4200
                                        Bar No.: phv06527
                                        Email: tracy_hayes@fd.org

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on July 25, 2025, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        /s/ Carly Levenson
                                        Carly Levenson